IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAMUEL L. PACE,

    Petitioner,

-vs-

WARDEN RANDY PFISTER,

    Respondent.                    No. 12-cv-1272-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on October 7, 2014 (Doc. 22), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED** with prejudice.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:  s/*Caitlin Fischer*
                                       Deputy Clerk

**DATED:** October 8, 2014

Digitally signed by David R. Herndon
Date: 2014.10.08 06:54:38 -05'00'

**APPROVED:**
             **U.S. DISTRICT JUDGE**
             **UNITED STATES DISTRICT COURT**